UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC,<br><br>        Plaintiff,<br><br>  v.<br><br>HERN J. CRANE,<br><br>        Defendants. | Case No.: 1:16-cv-00135 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 11) |

On March 30, 2016, the parties notified the Court that the matter is settled. (Doc. 11) They report they will finalize the settlement within 60 days. Id. Therefore, the Court **ORDERS:**

    1.    The stipulated request for dismissal **SHALL** be filed no later than **May 30, 2016;**

    2.    All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **March 31, 2016**              **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE