# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HERN J. CRANE, <br><br> Defendant. | Case No. 1:16-cv-00135-AWI-JLT <br><br> [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br> Judge: Hon. Anthony W. Ishii <br><br> (Doc. No. 13) |

Based upon the Stipulation of the Parties under Rule 41(a)(1) for dismissal of this case with prejudice, this case terminated automatically. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A).

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this matter in light of the stipulation for dismissal with prejudice; and

2. Each Party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:   April 12, 2016                          _____
                                              SENIOR DISTRICT JUDGE